## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN WERTYMER, Individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 23-cv-14700 |
| WALMART, INC. | ) ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## CLASS ACTION COMPLAINT

### INTRODUCTION

1.      Plaintiff, John Wertymer ("Plaintiff"), on behalf of himself and all other consumers who purchased Great Value brand "Organic Raw Honey" or "Raw Honey" bring this action against Defendant, Walmart, Inc. ("Defendant" or "Walmart"), as a Class Action for: Count I, violating the Illinois Consumer Fraud Act ("ICFA"); Count II, Fraudulent Misrepresentation; and Count III, Declaratory Judgement, to recover damages against Defendant for knowingly and improperly labeling its honey products as "raw" and/or "organic." Plaintiff seeks to represent a nationwide class and a sub-class of Illinois consumers.

2.      These claims are based on Walmart misleading consumers nationwide by labeling its Great Value brand honey products as "raw" and/or "organic" when, in reality, Walmart's honey is not "raw" or "organic" because Defendant adds foreign sugars to its "Organic Raw Honey" and excessively heats its "Raw Honey" during processing.

### PARTIES

3.      Plaintiff, John Wertymer, is a citizen and resident of Evanston, Illinois. Plaintiff Wertymer purchased Defendant's Great Value brand "Organic Raw Honey" and "Raw Honey"

products on June 13, 2022.

4.      Defendant, Walmart, Inc., is a corporation organized under the laws of Delaware and has its chief executive offices and principal place of business at 702 S.W. 8th Street Bentonville, Arkansas 72716.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(d)(2) and the Class Action Fairness Act because: (i) Plaintiff Wertymer is a citizen of Illinois and Defendant is a citizen of Delaware and Arkansas; (ii) the amount in controversy exceeds $5,000,000 exclusive of interests and costs; and (iii) there are more than 100 members of the proposed class.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because: (i) Walmart, Inc. is subject to personal jurisdiction in this Judicial District because it transacts business here and caused tortious injuries by and act or omission here; and (ii) a substantial part of the events or omissions giving rise to Plaintiff Wertymer's and the Class's claims occurred in this Judicial District.

## FACTUAL ALLEGATIONS

7.      **Walmart labeled, advertised, and distributed "Organic" and/or "Raw" honey products nationwide**. Defendant, Walmart, Inc., distributes a variety of honey products under its Great Value brand including "Organic Raw Honey" that is a "Product of Brazil" and "Raw Honey" that is a "Product of United States."

8.      "Organic Raw Honey" from Brazil is available is several sizes including 12-oz, and 16-oz bottles, and is sold nationally through Walmart's website and retail locations.

9.      The only ingredient listed on the back of the "Organic Raw Honey's" label is

2

"organic raw honey."

10.    "Raw Honey" from the United States is available in several sizes including 16-oz, 32-oz, and 2-pack of 32-oz bottles, and is sold nationally through Walmart's website and store locations.

11.    The only ingredient listed on the back of the "Raw Honey's" label is "raw honey."

12.    Upon information and belief, Walmart directly sold – through Defendant's retail locations and website – thousands of bottles of "Organic Raw Honey" and "Raw Honey" in Illinois and across the United States to thousands of consumers.

13.    **The benefits of organic or raw honey.** Raw honey is a natural product produced by honeybees composed of various sugars, minerals, proteins, enzymes, amino acids, and organic acids.

14.    Due to the presence of these compounds, raw honey is valued by consumers for its nutritional and medicinal benefits.

15.    Honey that is excessively heated during processing is not considered raw; because when raw honey is overheated, to a temperature more than 105 degrees, the enzymes in the honey that are prized by consumers who purchase raw honey begin to break down and are lost.

16.    Additionally, honey is a single ingredient-food, thus, a product consisting of honey and an additional sweetener, such as a foreign sugar or corn syrup, is not organic or raw, thus, FDA regulations prevent honey mixed with an additional sweetener from being labeled with the common or usual name "honey" because labeling a mixture of honey and another sweetener as "honey" does not properly identify the basic nature of the food.[1]

---

[1] *See* Proper Guidance for Industry: Proper Labeling of Honey and Honey Products (February 2018), *available at* https://www.fda.gov/files/food/published/PDF---Guidance-for-Industry--Proper-Labeling-of-Honey-and-Honey-

17. **Walmart's "Raw Honey" is not raw because Defendant overheats the honey during processing.** The scientific community and honey industry employ a simple test – reviewing the 5-hydroxymethylfurfural (HMF) value – to determine when honey has been overheated and the enzymes destroyed.

18. Raw honey typically comes out of the beehive with an absence of any HMF, or with an HMF value of 1 mg/kg to 9 mg/kg.

19. The Codex Alimentarius ("Codex") – recognized by the World Trade Organization as an international reference standard for the resolution of disputes concerning food safety and consumer protection – for honey sets a maximum HMF value of 40 mg/kg.[2]

20. The bottle of "Raw Honey" purchased by Plaintiff has a HMF value of 22 mg/kg, which is 2.4 times higher than the highest HMF values typical of raw honey.

21. Upon information and belief, Walmart's "Raw Honey" is not raw because Defendant heats its "Raw Honey" during processing above 105 degrees Fahrenheit which destroys the beneficial enzymes.

22. **Walmart's "Organic Raw Honey" is not organic or raw because Defendant adds foreign sugars during processing.** The scientific community and honey industry employ a simple test – reviewing the Mannose value – to determine if the processor added foreign sugars not suitable for honey.

23. Mannose is a mono saccharide not found in honey with a pH value lower than 5, but is regularly found in industrial sugars.

---

Products.pdf; *see also* Codex Alimentarius (1981), Codex Standard for Honey, *available at* https://www.fao.org/fao-who-codexalimentarius/sh-proxy/en/?lnk=1&url=https%253A%252F%252Fworkspace.fao.org%252Fsites%252Fcodex%252FStandards%252FCXS%2B12-1981%252FCXS_012e.pdf

[2] The maximum HMF value for honey from tropical regions is 80 mg/kg.

24.     Under the Codex a concentration of mannose exceeding 0.02 g/100g in honey indicates the presence of foreign sugars.

25.     The bottle of "Organic Raw Honey" purchased by Plaintiff has a Mannose value of 0.06 g/100g which is 3 times higher than the mannose limit set by the Codex.

26.     Upon information and belief, Walmart's "Organic Raw Honey" is not raw, or organic because Defendant adds foreign sugars during processing.

27.     **Walmart had actual or constructive knowledge that its honey products were not organic or raw.** Despite the fact that its "Organic Raw Honey" and "Raw Honey" are not, in fact, organic or raw, Walmart advertises on the internet and labels some of its products as "Organic" and/or "Raw."

28.     At all relevant times, Walmart had actual or constructive knowledge that its "Organic Raw Honey" and "Raw Honey": (i) was not raw and/or organic; (ii) would not have the benefits of raw honey; and (iii) would not have been sold at the premium price charged for organic and/or raw honey.

29.     Walmart either had actual or constructive knowledge that its Great Value "Organic Raw Honey" had added foreign sugars.

30.     Walmart either had actual or constructive knowledge that its Great Value "Raw Honey" was not raw because it was excessively heated.

31.     **Walmart mislead Plaintiff and consumers nationwide into paying premium prices for Great Value brand honey that is not organic or raw.** On or about June 13, 2022, Plaintiff Wertymer purchased a bottle of Great Value "Organic Raw Honey" from the Walmart located at 5630 West Touhy Avenue in Niles, Illinois.

32.     On or about June 13, 2022, Plaintiff purchased a bottle of Great Value "Raw

Honey" from the Walmart located at 5630 West Touhy Avenue in Niles, Illinois.

33.     Unknown to Plaintiff Wertymer and all other consumers and in violation of 21 C.F.R. 102.5(a), Walmart mislabeled the "Organic Raw Honey" as "Organic", "Raw", and "Honey" because Walmart, Inc. added foreign sugars during processing.

34.     Unknown to Plaintiff Wertymer and all other consumers, Walmart mislabeled the "Raw Honey" as "Raw" because Walmart, Inc. heated the honey above 105 degrees Fahrenheit during processing.

35.     Consumers, like Plaintiff, have reasonable expectations that:

    a.  Honey processors' products or marketing would accurately describe their product on their label so that consumers could make honey purchases based upon accurate information; and/or

    b.  Honey company processing, producing, or marketing would only sell honey described as raw if it had the perceived properties that are associated with raw honey.

36.     Plaintiff and consumers nationwide relied on the efficacy of Walmart's labeling information and have no way of knowing that Defendant mislabeled its Great Value "Organic Raw Honey" and "Raw Honey."

37.     Walmart charges a premium for its Great Value brand "Organic Raw Honey" and "Raw Honey" that is substantially more than Defendant charges for its filtered honey products, that is honey that is not "Organic" and/or "Raw" because Defendant excessively heats or adds foreign sugars during processing.

38.     For example, a 12-oz bottle of Great Value brand "Honey"[3] costs $3.94 or $0.33/oz while a 12-oz bottle of "Organic Raw Honey" costs $4.84 or $0.40/oz and a 16-oz

---

[3] Plaintiffs tested Great Value brand "Honey" that Walmart labels "filtered" thus indicating Defendant heated the honey during processing that had HMF values at 39 mg/kg, only slightly elevated from Great Value brand "Raw Honey" with HMF values at 22 mg/kg.

bottle of "Raw Honey" costs $6.34 or $0.40/oz.[4]

39.     Plaintiff and the proposed class members have not received the value for which they bargained when they purchased Great Value brand "Organic Raw Honey" or "Raw Honey" because there is a difference in the value between the honey as labeled and the honey that actually exists.

## Class Action Allegations

40.     Plaintiff for himself and the class, repeat and reallege the facts and allegations contained in paragraphs 1 through 39 above, as if fully set forth herein.

41.     It is believed that Walmart sold similarly mislabeled bottles of Great Value brand "Organic Raw Honey" and "Raw Honey" to thousands of other consumers, just like Plaintiff, that were in fact not organic and/or raw.

42.     Plaintiff brings this class action pursuant to Rule 23 of the Federal Rules of Civil Procedure for the following nationwide class and Illinois sub-class.

Nationwide Class:
All persons and entities that purchased Great Value honey labeled "Organic Raw Honey" or "Raw Honey" during the applicable limitations period.

Illinois Class:
All persons and entities that purchased Great Value honey within the state of Illinois labeled "Organic Raw Honey" or "Raw Honey" during the applicable limitations period.

43.     The class ("Class"), as defined above, meets the prerequisite requirements of Rule 23(a), (b)(2), and (b)(3):

44.     *Numerosity*: The Class is composed of over one hundred (100) and likely thousands of geographically dispersed persons, the joinder of whom in one action is impractical.

45.     *Commonality*: Questions of law and fact common to the Class exist as to all

---

[4] *See* Great Value Honey in Sugars & Sweeteners *available at* https://www.walmart.com/browse/976759_976780_9959366_3087979_5459197 (accessed June 26, 2023).

proposed members and predominate over any questions affecting only individual members of the Class. These common legal and factual issues include, but are not limited to the following:

      a.   Whether Great Value "Organic Raw Honey" is organic;

      b.   Whether Great Value "Organic Raw Honey" is raw;

      c.   Whether Great Value "Raw Honey" is raw;

      d.   Whether Walmart's conduct as alleged is misleading, deceptive, and/or unconscionable; and

      e.   Whether Plaintiff and the Class are entitled to compensatory damages.

46. *Typicality*: Plaintiff's claims are typical of the claims of the proposed members of the Class, as all such claims arise out of Walmart's conduct in misleading consumers by mislabeling honey that Defendant overheated and added foreign sugars as "Organic" and/or "Raw."

47. *Adequate Representation*: Plaintiffs will fairly and adequately protect the interests of the members of the Class and have no interests antagonistic to those of the proposed Class. Plaintiff has retained counsel experienced in the prosecution of complex class actions, including consumer class actions.

48. *Predominance and Superiority*: This class action is appropriate for certification because questions of law and fact common to the members of the Class predominate over questions affecting only individual members. Additionally, a class action is superior to other available methods for the fair and efficient adjudication of this controversy since individual joinder of all members of the Class is impracticable and individual damages relatively small. Should Class members be required to bring separate actions, this Court and courts throughout Illinois and the United States would be confronted with a multiplicity of lawsuits burdening the

8

court system while also creating the risk of inconsistent rulings and contradictory judgments. In contrast to proceeding on a case-by-case basis, in which inconsistent results will magnify the delay and expense to all parties and the court system, this class action presents far fewer management difficulties while providing unitary adjudication of common issues, economies of scale and comprehensive supervision by this Court.

## COUNT I
### Violation of the Consumer Fraud Act 815 ILCS 505/2

49.     Plaintiff for himself and the class, repeat and reallege the facts and allegations contained in paragraphs 1 through 48 above, as if fully set forth herein.

50.     At all relevant times, there was in full force and effect in Illinois the Consumer Fraud Act, 815 ILCS 505/1, *et seq.* ("Consumer Fraud Act").

51.     Under the Illinois Consumer Fraud and Deceptive Business Practices Act, any unfair or deceptive act or practice in the conduct of trade or commerce is actionable.  (815 ILCS 505/1, *et seq.*).  The statute expressly prohibits unfair or deceptive acts including concealment of any material fact.

52.     Section 2 of the Consumer Fraud Act, 815 ILCS 505/2 provides in pertinent part:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been mislead, deceived or damaged thereby.  In construing this section consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5(a) of the Federal Trade Commission Act.

53.     The Act expressly incorporates violations of the Uniform Deceptive Trade Practices Act, 815 ILCS 510/1, *et seq.*, ("Uniform Act"), and the Uniform Act provides at

Section 2, 815 ILCS 510/2, in pertinent part:

> Section 2.    A person engages in a deceptive trade practice when, in the course of his business, vocation or occupation, he: ...

> (12)    engages in any other conduct which similarly creates a likelihood of confusion or of misunderstanding.

54.    In order to prevail in an action under the Consumer Fraud Act, a plaintiff need not prove competition between the parties or actual confusion or misunderstanding.

55.    This Section does not affect unfair trade practices otherwise actionable at common law or under other statutes of this State.

56.    Section 10(a) of the Consumer Fraud Act, states, in pertinent part:

> (a)    Any person who suffers damage as a result of a violation of this Act committed by any other person may bring an action against such person. The court, in its discretion may award actual damages or any other relief which the court deems proper.  Proof of public injury, a pattern, or an effect on consumers generally shall not be required...

> (c)    Except as provided in subsection (f), (g), and (h) of this Section, in any action brought by a person under this Section, *the Court may grant injunctive relief* provided in this Section, reasonable attorney's fees and costs to the prevailing party. (Emphasis added).

57.    Plaintiff is a consumer under the Consumer Fraud Act, and the Defendant is a business under the Consumer Fraud Act.

**A Deceptive Act or Practice.**

58.    Walmart's conduct to (i) deceptively label its Great Value honey products as "Organic" and/or "Raw"; (ii) misrepresent the nature and quality of the Great Value honey products; and (iii) charge premium prices for a product it knew or should have known was inferior, violates the Consumer Fraud Act as a material deceptive act or practice.

**Intent on the Defendants' Part that the Plaintiffs Rely on the Deception**.

59.    Walmart concealed material information from the Plaintiff and the Class.

60.     Walmart is in the best position to accurately label and advertise its honey products and Defendant mislabeled its honey as "Organic" and/or "Raw" in order to charge consumers premium prices.

**Occurred in Trade and Commerce**.

61.     Walmart's wrongful conduct, as alleged herein, occurred in trade and commerce and caused actual damages to Plaintiff and members of the class.

**An Unfair Practice**.

62.     Mislabeling products as raw or organic to induce consumers into paying premium prices is an deceptive practice.

63.     Defendant's scheme is also unfair.

64.     Defendant's policy is unethical and is oppressive and unscrupulous because it was done for its own profit at the expense of the Plaintiff and class members, causing substantial injury.

## COUNT II
## Fraudulent Misrepresentation

65.     Plaintiff for himself and the class, repeat and reallege the facts and allegations contained in paragraphs 1 through 64 above, as if fully set forth herein.

66.     Walmart falsely and fraudulently represented to Plaintiff and the Class, that Defendant's products were raw and organic because that Walmart did not alter, compromise, or destroy the physical properties of its "Organic Raw Honey" and "Raw Honey" products.

67.     Walmart's honey products were not raw or organic because Defendant either excessively heated the honey or added foreign sugars to the honey during processing.

68.     Walmart knew or recklessly disregarded the truth regarding the representations that its honey was organic or raw.

11

69.     Walmart made these representations with the intent of defrauding or deceiving Plaintiff and the Class into purchasing honey at premium prices.

70.     At the time Walmart made its representations, Plaintiff and the Class were unaware of the falsity of said representations and reasonably believed them.

71.     In reliance of Walmart's representations on its products' labels that the honey is organic and/or raw, Plaintiff and the Class purchased Walmart's honey products at premium prices, thereby sustaining damages.

## COUNT III
## Declaratory Judgment

72.     Plaintiff for himself and the class, repeat and reallege the facts and allegations contained in paragraphs 1 through 71 above, as if fully set forth herein.

73.     A justiciable controversy of fact – whether Walmart mislabeled its honey as raw and/or organic – exists such that the court may provide declaratory relief.

74.     Walmart acted or refused to act on grounds that apply generally to Plaintiff and the Class by deceptively labeling its processed honey as raw and/or organic so that it may charge premium prices.

75.     Plaintiff is seeking a declaratory ruling that Great Value brand "Organic Raw Honey" and "Raw Honey" is not raw or organic because Walmart either heats the honey so that it loses the physical properties that people seek in raw honey and/or adds foreign sugars during processing.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on behalf of themselves and all others similarly situated, pray for judgment against the Defendant as follows:

76.     For an order:

a. Certifying the case to proceed on a class basis, pursuant to Rule 23 of the

   Federal Rules of Civil Procedure;

b. For the following Classes:

   Nationwide Class:
   All persons and entities that purchased Great Value honey labeled
   "Organic Raw Honey" or "Raw Honey" during the applicable limitations
   period.

   Illinois Class:
   All persons and entities that purchased Great Value honey within the state
   of Illinois labeled "Organic Raw Honey" or "Raw Honey" during the
   applicable limitations period.

c. Appointing Plaintiff Wertymer as Class Representative; and

d. Appointing Plaintiff's counsel, Krislov & Associates, Ltd., Kent Heitzinger &

   Associates, and Sheehan & Associates, P.C., as Class Counsel.

77. As to all Counts:

   a. Award Plaintiffs and Class injunctive relief – notice and ability to claim their

   funds;

   b. Award Plaintiffs and class members their actual and compensatory damages,

   restitution and interest;

   c. Award reasonable attorney's fees;

   d. Award costs; and

   e. Grant such further relief as the Court may deem just and proper

### JURY DEMAND

The plaintiffs by and through legal counsel hereby demand a jury in this case.

Respectfully submitted,

Plaintiff: John Wertymer

*/s/* Clinton A. Krislov

Clinton A. Krislov
Matthew G. Norgard
KRISLOV & ASSOCIATES, LTD.
20 North Wacker Drive, Suite 1006
Chicago, Illinois 60606
Tel: (312) 606-0500
Email: clint@krislovlaw.com
          mnorgard@krislovlaw.com


*/s/* Kent A. Heitzinger

Kent A. Heitzinger
KENT HEITZINGER & ASSOCIATES
1056 Gage St., # 200
Winnetka, IL 60093
Tel: (847) 446-2430
Email: Heitzinger.law@gmail.com


*/s/* Spencer Sheehan

Spencer Sheehan
SHEEHAN & ASSOCIATES, P.C.
60 Cuttermill Road, Suite 412
Great Neck, New York  11021
Tel: (516) 268-7084
Email:  spencer@spencersheehan.com

*Attorneys for Plaintiffs*

# Exhibit 1





**Nutrition Facts** Servings: about 16, **Serv. size: 1 Tbsp. (21g),** Amount per serving: **Calories 60, Total Fat** 0g (0% DV), **Sodium** 0mg (0% DV), **Total Carb.** 17g (6% DV), Total Sugars 17g (34% DV), **Protein** 0g. Not a significant source of Saturated Fat, Trans Fat, Cholesterol, Fiber, Vitamin D, Calcium, Iron, Potassium.

**INGREDIENTS:** ORGANIC RAW HONEY.
**DISTRIBUTED BY:** Walmart Inc., Bentonville, AR 72716

Certified Organic By Quality Assurance International, Inc. PRODUCT OF BRAZIL

Return the package for replacement or money back. 1-877-505-2267 or visit us online at walmart.com

HONEY WILL NATURALLY CRYSTALLIZE. PLACE BOTTLE IN WARM WATER TO RELIQUEFY. **WARNING:** DO NOT FEED HONEY TO INFANTS UNDER ONE YEAR. DO NOT MICROWAVE IN THIS CONTAINER.

287281

0 78742 30730 5

# Exhibit 2



## True Honey Buzz

**A Division of Authentic Food Solution Ltd.**
10609 McGrath Rd
Rosedale, BC
V0X 1X2

# Analysis Report Honey-Profiling

Customer Name: Kent A. Heitzinger
Customer Company: Heitzinger Law
Customer Sample ID: 301 (17408)
Customer Contact: N/A
**Sample Declaration: Fail**
-A concentration of mannose exceeding 0.02 g/100g in honey with a pH < 5 could indicate the presence of foreign sugars or industrial processing practices which are not suitable for honey
-Consistent with declared country Brazil.
Method of Analysis: NMR
Assigned Sample ID: 2624-2023-04-11
Type of Sample : Honey
Type of Honey: N/A
Declared Botanical Variety: Rainforest
Declared Geographical Origin: Brazil
Moisture Content: 17.6%

Sample date received: 2023-04-05
Sample date processed: 2023-04-11
Sample report generated: 2023-04-12

Results are dependent on the sample as received and data provided by the customer. All testing is performed at True Honey Buzz, a division of Authentic Food Solutions (ISO/IEC 17025:2017 Accreditation Laboratory No. 896, Certificate of Accreditation issued by the Standards Council of Canada (SCC)).

ccn SCC

All results solely refer to the tested sample as provided by the customer.
This report consists of    Pages.



X Tetyana Martynenko
Approved by Tetyana Martynenko
QSM

604-794-3315



**Bruker BioSpin GmbH**

# Analysis Report   Honey-Profiling™

## Sample ID: 2624-2023-04-11

| **Information/Declaration provided by customer:** | |
|---|---|
| Customer: | **KH** |
| Customer Sample ID: | 17408 |
| Type of Sample: | Honey |
| Type of Honey: | Blossom |
| Botanical Variety: | undefined |
| Geographical Origin: | Brazil |

*Disclaimer: this information will affect the applicability and validity of analyses and results.*

*Note: it is important to fill in these information in a correct and precise manner (e.g. variety in case of monofloral honey, and country of origin). The tests applied (and therefore the results received) are different from one type of honey to the other. Bruker does not take responsibility for wrong or incomplete information given by the customer.*

| | |
|---|---|
| Measuring Date: | 11-Apr-2023 17:07:04 |
| Reporting Date: | 12-Apr-2023 02:16:37, 13 pages, Version 3.1.0 |

### Results Summary

| Type of Analysis | Result | Status |
|---|---|---|
| **Origin, Type and Variety** | | |
|    Botanical Variety | Not Applied | ○ |
|    Country of Origin: Brazil | Consistent | 🟢 |
| **Test of Markers of Foreign Sugars** | Pass | 🟢 |
| **Composition and Comparison to Reference Group** | Requires Interpretation | 🟡 |
| **Compliance for EU Market for** | | |
|    HMF | Compliant | 🟢 |
|    Sucrose | Compliant | 🟢 |
|    Glucose + Fructose | Compliant | 🟢 |

The data analysis is performed at Bruker BioSpin GmbH (Ettlingen, Germany) according to testing method AA-72-03-15 (Honey-Profiling 3.1.0), released on 20-Jan-2023 (DIN EN ISO/IEC 17025:2018 Accreditation Certificate D-PL-19229-01-00). All results solely refer to the tested sample as provided by the customer.

Geschäftsführer: Dr. Falko Busse | Bernd Gleixner | Patrick Minhorst

| Rudolf-Plank-Straße 23 | Deutsche Bank AG Karlsruhe | USt-Ident.-Nr DE 143 239 759 |
|---|---|---|
| 76275 Ettlingen, Germany | Konto 13 15 16 · BLZ 660 700 04 | WEEE-Reg.-Nr. DE 43 181 702 |
| Tel. +49(0)721 5161-0 | IBAN: DE87 6607 0004 0013 1516 00 | Steuer-Nr. 31190/39205 |
| Fax. +49(0)721 517101 | SWIFT-BIC: DEUTDESM660 | Handelsregister Mannheim HRB 10 23 68 |
| Food-BAS@bruker.com | | Sitz der Gesellschaft: 76275 Ettlingen |
| www.bruker.com | | |

**Bruker BioSpin GmbH** 

## Origin, Type and Variety

### Botanical Variety

Verification of consistency is not possible as the declared botanical variety of the sample is unknown or Polyfloral.

### Country of Origin: Brazil

(Analysis-ID: HS3-CC-114-18150)

This model is based on 24894 samples, thereof 491 samples of reference group *Brazil*.

**Result:** Consistent with declared country *Brazil*. The probability of consistency is 100.0%.



**Bruker BioSpin GmbH**



# Test of Markers of Foreign Sugars

(Analysis-ID: HO-TAD-01/0742)

Following tests have been applied in order to detect foreign sugars:

| ID | Description | Value | Graphics | Result |
|----|-------------|-------|----------|--------|
| 2 | 3.8113 / (1.95-2.02) | 20.44 | | pass |
| 3 | 3.9238 / (3.16-4.14) | 0.0005196 | | pass |
| 4 | 3.2890 / (1.95-2.02) | 1.805 | | pass |
| 5 | 4.0363 / (3.75-3.80) | 0.00514 | | pass |
| 6 | 5.3324 / (5.27-5.30) | 0.0951 | | pass |
| 7 | 3.0123 / (1.95-2.02) | 0.02109 | | pass |
| 8 | 3.5929 | 713 | | pass |
| 9 | 5.0745 / (4.07-4.12) | 0.006211 | | pass |
| 10 | 3.2753 | 218.0 | | pass |
| 11 | 3.7490 / (1.95-2.02) | 0.71 | | pass |
| 13 | 4.1961 / (3.16-4.14) | 0.0001024 | | pass |
| 14 | 3.3135 / (5.27-5.30) | 0.0260 | | pass |
| 15 | 4.6809 / (3.65-3.73) | 0.00021807 | | pass |
| 16 | 3.7715 / (3.65-3.73) | 0.05142 | | pass |
| 17 | 5.4913 / (4.60-4.67) | 0.001973 | | pass |
| 18 | 4.6327 / (3.16-4.14) | 0.0004513 | | pass |
| 19 | 4.2569 / (1.95-2.02) | 0.0574 | | pass |
| 20 | 3.2797 | 157.4 | | pass |
| 127 | 4.2487 | 84.7 | | pass |
| 128 | 5.3045 / (1.95-2.02) | 0.2130 | | pass |
| 129 | 3.5884 / (3.75-3.80) | 0.002324 | | pass |
| 130 | 4.9421 / (4.93-4.97) | 0.1568 | | pass |
| 131 | 3.5929 / (4.07-4.12) | 0.00616 | | pass |
| 132 | 4.1765 / (4.07-4.12) | 0.01897 | | pass |
| 133 | 4.9433 / (4.93-4.97) | 0.07645 | | pass |
| 134 | 4.2501 | 35.9 | | pass |
| 135 | 3.9156 / (4.07-4.12) | 0.03301 | | pass |
| 136 | 5.2876 / (4.07-4.12) | 0.002482 | | pass |
| 140 | 3.2852 / (4.07-4.12) | 0.004924 | | pass |
| 142 | 4.3176 / (5.27-5.30) | 0.03524 | | pass |
| 143 | 5.3371 / (5.27-5.30) | 0.02300 | | pass |
| 144 | 4.4347 / (4.07-4.12) | 0.0003976 | | pass |
| 155 | 4.1511 | 711.9 | | pass |
| 156 | 3.3701 / (3.20-3.22) | 0.08724 | | pass |
| 157 | 4.1781 / (4.07-4.12) | 0.0014377 | | pass |

**Bruker BioSpin GmbH**



| ID | Description | Value | Graphics | Result |
|----|-------------|-------|----------|--------|
| 158 | 3.9283 / (5.27-5.30) | 0.1225 | | pass |
| 159 | 3.9246 / (5.20-5.25) | 0.02182 | | pass |
| 162 | 3.1784 / (5.20-5.25) | 0.004364 | | pass |
| 163 | 3.5929 / (3.16-4.14) | 0.0002973 | | pass |
| 166 | 3.6627 / (4.07-4.12) | 0.02728 | | pass |
| 167 | 3.2977 / (4.07-4.12) | 0.003605 | | pass |
| 168 | 3.3753 / (4.60-4.67) | 0.1717 | | pass |
| 169 | 3.7579 / (3.65-3.73) | 0.12661 | | pass |
| 170 | 3.8885 / (3.75-3.80) | 0.04658 | | pass |
| 171 | 4.1651 / (1.95-2.02) | 3.210 | | pass |
| 172 | 3.1637 | 22.560 | | pass |
| 191 | 3.7932 / (4.07-4.12) | 0.2238 | | pass |
| 1000 | fructose/glucose | 1.19 | | pass |
| 1001 | fructose/glucose | 1.19 | | pass |
| 1002 | turanose [g/100g] | 1.52 | | pass |
| 1003 | sucrose [g/100g] | 0.0 | | pass |
| 1004 | total sugar [g/100g] | 65.1 | | pass |
| 1005 | proline [mg/kg] | 318 | | pass |
| 1006 | DHA(D), mannose(M) [mg/kg] | D=2.1, M=551 | | pass |

**Result:** There are no indications for the presence of foreign sugars.

**Notes:**

- The column *ID* is the marker's identification number.
- The column *Description* indicates either the NMR spectral region(s) (in ppm) concerned by the marker, or the molecule when it has been identified.
- The column *Value* is the result obtained for the marker.
- For columns *Graphics* and *Result* please refer to detailed description in section "General Remarks" at the end of this report.

**Bruker BioSpin GmbH**



## DHA and Mannose

| Compound | Value | Unit | LOQ | Reference Range | Flag |
|----------|-------|------|-----|-----------------|------|
| mannose | 0.06 | g/100g | 0.02 | <0.02       0.08 | 🟡 |
| dihydroxyacetone (DHA) | <LOQ | mg/kg | 5 | <5 mg/kg in reference dataset | 🟢 |

Note: the reference range is based on *407 Brazil* samples in the Honey-Profiling Database.

**Guideline:**

- Mannose is a mono saccharide not found in honeys with a pH value lower than 5, but that is regularly found in industrial sugars. In rare cases, however, the presence of mannose cannot be excluded for certain geographic origins and/or botanical varieties. A concentration of mannose exceeding 0.02 g/100g in honey with a pH < 5 could indicate the presence of foreign sugars or industrial processing practices which are not suitable for honey. An expert interpretation is suggested when mannose is present in the honey.

- Dihydroxyacetone and/or methylglyoxal are only known to be naturally present in Leptospermum genus honeys from Australia and New Zealand. A concentration exceeding 5 mg/kg in other types of honey is not typical and could indicate the presence of foreign sugars or industrial processing practices which are not suitable for honey. An expert interpretation is suggested in such cases.

- DHA and mannose are often observed simultaneously in various types of sugar syrups.

Deviations in the sugar profile, fermentation parameters and comparison to reference group could also indicate adulterations. Please check the section "Composition and Comparison to reference group" in addition.

**Bruker BioSpin GmbH**



# Composition and Comparison to Reference Group

## Quantitative Analysis of Compounds

(Analysis-ID: HO-Q/3.1.0)

Parameters labelled with * are calculated parameters. The reference range is based on *407 Brazil* samples in the Honey-Profiling Database.

**Sugars:**

| Compound | Value | Unit | LOQ | Reference Range | Flag |
|---|---|---|---|---|---|
| glucose + fructose * | 65.1 | g/100g | 20.0 | 57.4 — 78.8 | 🟢 |
| fructose / glucose * | 1.19 | - | - | 1.06 — 1.65 | 🟢 |
| fructose | 35.4 | g/100g | 10.0 | 34.2 — 43.1 | 🟢 |
| glucose | 29.7 | g/100g | 10.0 | 22.7 — 36.4 | 🟢 |
| sucrose | <LOQ | g/100g | 0.5 | <0.5 — 3.6 | 🟢 |
| turanose | 1.52 | g/100g | 0.2 | 0.6 — 2.5 | 🟢 |
| maltose | 1.5 | g/100g | 0.5 | <0.5 — 3.5 | 🟢 |
| melezitose | <LOQ | g/100g | 1.0 | <1.0 g/100g in reference dataset | 🟢 |
| maltotriose | <LOQ | g/100g | 1.0 | <1.0 — 1.1 | 🟢 |
| gentiobiose | <LOQ | g/100g | 0.3 | <0.3 g/100g in reference dataset | 🟢 |
| raffinose | 0.2 | g/100g | 0.1 | 0.1 — 0.5 | 🟢 |

**Acids:**

| Compound | Value | Unit | LOQ | Reference Range | Flag |
|---|---|---|---|---|---|
| citric acid | 54 | mg/kg | 50 | <50 — 321 | 🟢 |
| malic acid | <LOQ | mg/kg | 100 | <100 — 616 | 🟢 |
| quinic acid | <LOQ | mg/kg | 300 | <300 mg/kg in reference dataset | 🟢 |

**Bruker BioSpin GmbH**



**Amino Acids:**

| Compound | Value | Unit | LOQ | Reference Range | Flag |
|---|---|---|---|---|---|
| alanine | 15 | mg/kg | 5 | <5 ▮▬ 53 | 🟢 |
| aspartic acid | <LOQ | mg/kg | 150 | <150 ▮ 239 | 🟢 |
| glutamine | <LOQ | mg/kg | 200 | <200 mg/kg in reference dataset | 🟢 |
| leucine | <LOQ | mg/kg | 40 | <40 ▮ 128 | 🟢 |
| proline | 318 | mg/kg | 150 | 232 ▮▬ 833 | 🟢 |
| valine | <LOQ | mg/kg | 10 | <10 ▮ 27 | 🟢 |
| tyrosine | <LOQ | mg/kg | 50 | <50 ▮ 1153 | 🟢 |
| phenylalanine | <LOQ | mg/kg | 100 | <100 ▮ 1055 | 🟢 |

**Indicators for Fermentation and Processing:**

| Compound | Value | Unit | LOQ | Reference Range | Flag |
|---|---|---|---|---|---|
| 2,3-butanediol | 105 | mg/kg | 20 | <20 ▮ 153 | 🟢 |
| 5-hydroxymethylfurfural (HMF) | 23 | mg/kg | 5 | <5 ▮ 219 | 🟢 |
| acetic acid | 37 | mg/kg | 10 | <10 ▮ 98 | 🟢 |
| acetoin | 42 | mg/kg | 20 | <20 ▮ 205 | 🟢 |
| ethanol | 58 | mg/kg | 5 | <5 ▮ 2363 | 🟢 |
| lactic acid | 105 | mg/kg | 10 | <10 ▮ 557 | 🟢 |
| formic acid | 25 | mg/kg | 5 | <5 ▮ 163 | 🟢 |
| fumaric acid | <LOQ | mg/kg | 5 | <5 ▮ 9 | 🟢 |
| pyruvic acid | 19 | mg/kg | 10 | <10 ▮▬ 31 | 🟢 |
| succinic acid | 23 | mg/kg | 5 | 9 ▮ 528 | 🟢 |

**Bruker BioSpin GmbH**



**Markers:**

| Compound | Value | Unit | LOQ | Reference Range | Flag |
|---|---|---|---|---|---|
| 3-phenyllactic acid | <LOQ | mg/kg | 300 | <300 mg/kg in reference dataset | 🟢 |
| methylglyoxal (MGO) | <LOQ | mg/kg | 30 | <30 mg/kg in reference dataset | 🟢 |
| kynurenic acid | <LOQ | mg/kg | 60 | <60 mg/kg in reference dataset | 🟢 |
| shikimic acid | <LOQ | mg/kg | 80 | <80 mg/kg in reference dataset | 🟢 |

**Guideline:**

- Values of fructose/glucose ratio exceeding 1.95 or below 0.85 are not typical for honey and could indicate the presence of sugar syrups.

- Low concentrations of turanose (less than 0.35 g/100g) is a marker for the presence of foreign sugars (see section "Markers of Foreign Sugars").

- Atypical concentrations of sugars in comparison to reference range can be related to foreign sugars/adulteration or to the botanical varieties present in the honey. Expert interpretation is suggested.

- The presence of gentiobiose is common for Linden Tree honey.

- The presence of quinic acid is common for honeydew.

- HMF is a sugar degradation product formed under influence of heat. According to EU-Directive (2001/110/EC), HMF can be found naturally in honey in concentrations up to 80 mg/kg in regions with tropical climate. A higher concentration of HMF is due to processing of honey which can sometime correlate with adulterations. A concentration of HMF exceeding 200 mg/kg should be regarded as suspicious.

- Concentration of ethanol exceeding 400 mg/kg indicates fermentation of the honey, which could be related to unripe honey.

- Acetoin can be elevated in Eucalyptus honey.

- The presence of kynurenic acid is common for Chestnut honey.

- The presence of shikimic acid is common for honeydew.

**Bruker BioSpin GmbH** 

## Statistical Comparison with the Reference Group

The models are based on 407 samples from *Brazil* in the Honey-Profiling Database.

**Univariate Verification**                                    (Analysis-ID: HS3-NTV-114-18153)

   **Applied Model:** Brazil
   **Result:** Typical for Brazil.

**Multivariate Verification**                                  (Analysis-ID: HS3-NTV-114-18153)

   **Applied Model:** Brazil
   **Result:** Typical for Brazil.



**Bruker BioSpin GmbH**



# Codex Alimentarius and EU-Directive 2001/110/EC:

Following parameters are required according to Codex Alimentarius and EU-Directive 2001/110/EC. The concentrations are obtained by direct quantification. Parameters labelled with * are calculated parameters.

| Compound | Value | Unit | LOQ | Official Reference min | max | Flag |
|---|---|---|---|---|---|---|
| glucose + fructose * | 65.1 | g/100g | 20.0 | 60 | - | 🟢 |
| sucrose | <LOQ | g/100g | 0.5 | - | 15 | 🟢 |
| 5-hydroxymethylfurfural (HMF) | 23 | mg/kg | 5 | - | 80 | 🟢 |

Following flags are used according to Codex Alimentarius and EU-Directive 2001/110/EC:

| Compound | Flag | Concentration | Declaration | Interpretation |
|---|---|---|---|---|
| glucose + fructose | 🔴 | < 45 g/100g | All | Not compliant |
| | | < 60 g/100g | Blossom | Not compliant for blossom honey |
| | 🟢 | ≥ 60 g/100g | All | Compliant |
| | | ≥ 45 g/100g | Honeydew | Compliant for honeydew honey |
| | 🟡 | ≥ 45 g/100g, < 60 g/100g | Unknown | Compliant for honeydew honey and blends of honeydew honey with blossom honey. Not compliant for blossom honey. |
| sucrose | 🔴 | > 15 g/100g | All | Not compliant |
| | | 10-15 g/100g | Acacia, Eucalyptus | Not compliant for false acacia (*Robinia pseudoacacia*), and red gum (*Eucalyptus camadulensis*) |
| | 🟢 | ≤ 5 g/100g | All | Compliant |
| | | ≤ 10 g/100g | Acacia, Eucalyptus | Compliant for false acacia (*Robinia pseudoacacia*), and red gum (*Eucalyptus camadulensis*) |
| | | ≤ 15 g/100g | Lavender | Compliant for *Lavandula spp.* |
| | 🟡 | 5-10 g/100g | All, except Acacia, Eucalyptus, Lavender | If ≤ 15g/100g: compliant for lavender (*Lavandula spp.*) and borage (*Borago officinalis*). If ≤ 10g/100g: compliant for false acacia (*Robinia pseudoacacia*), alfalfa (*Medicago sativa*), Menzies Banksia (*Banksia menziesii*), French honeysuckle (*Hedysarum*), red gum (*Eucalyptus camadulensis*), leatherwood (*Eucryphia lucida, Eucryphia milliganii*) and *Citrus spp.* |
| HMF | 🔴 | > 80 mg/kg | All, except Industrial honey | Not compliant, except for baker's honey |
| | 🟢 | ≤ 40 mg/kg | All | Compliant |
| | | > 80 mg/kg | Industrial honey | Compliant for baker's honey |
| | 🟡 | 40-80 mg/kg | All | Not compliant, except for baker's honey and honeys of declared origin from regions with tropical climate and blends of these honeys |



**Bruker BioSpin GmbH**

# General Remarks

### Targeted Markers for Foreign Sugars

This test aims at detecting foreign sugars. It does rely on the analysis of the concentrations of certain known molecules and on absolute intensities or intensities ratios of marker peaks. The Honey-Profiling report contains several tens of markers. Some of these markers are independent on the variety and the origin, in order to be able to analyze blends, while there are also many markers specific to countries or varieties.

The values obtained for each marker are compared to the thresholds for purity.

Reported and visualized results:

- Result **Pass** (green):
  Markers with an upper limit: The value of the marker is below the acceptance limit
  Markers with a lower limit: The value of the marker is above the acceptance limit
  Conclusion: There are no indications for the presence of foreign sugars.

- Result **Conditional Pass** (yellow):
  The value of the marker is between the acceptance limit and the threshold
  Conclusion: There is no indication for the presence of foreign sugars. However, for one or more markers the determined values are close to the threshold.

- Result **Conditional Fail**: (orange)
  The value of the marker is between the threshold and the tolerance limit
  Conclusion: There is a strong indication for the presence of foreign sugars. However, the determined values are close to the threshold. It is recommended to perform additional tests in order to better evaluate the risk.

- Result **Fail**: (red)
  Markers with an upper limit: The value of the marker is above the tolerance limit
  Markers with a lower limit: The value of the marker is below the tolerance limit
  Conclusion: There is a strong indication for the presence of foreign sugars.

The black dot represents the current sample.



Presence of foreign sugars is due to deliberate dilution of honey with sugar syrups or wrong beekeeping practices in terms of artificial feeding of bees.

All conformity statements in this section are based on the "Non Binary Statement with Guard Band" according to ILAC G8:09/2019. Please find in the following table the values for acceptance limit (conditional pass), threshold (conditional fail) and tolerance limit (fail).

| ID | Description | Conditional Pass | Conditional Fail | Fail |
|----|-------------|------------------|------------------|------|
| 2 | 3.8113 / (1.95-2.02) | >68.95 | >69.44 | >69.92 |
| 3 | 3.9238 / (3.16-4.14) | <0.0003172 | <0.0003039 | <0.0002905 |
| 4 | 3.2890 / (1.95-2.02) | >5.792 | >5.838 | >5.884 |
| 5 | 4.0363 / (3.75-3.80) | >0.01113 | >0.01131 | >0.01148 |
| 6 | 5.3324 / (5.27-5.30) | >0.1683 | >0.1703 | >0.1723 |
| 7 | 3.0123 / (1.95-2.02) | >0.06929 | >0.07134 | >0.07340 |

**Bruker BioSpin GmbH**



| ID | Description | Conditional Pass | Conditional Fail | Fail |
|---|---|---|---|---|
| 8 | 3.5929 | >2186 | >2227 | >2269 |
| 9 | 5.0745 / (4.07-4.12) | <0.001662 | <0.001495 | <0.001329 |
| 10 | 3.2753 | >407.8 | >414.9 | >422.0 |
| 11 | 3.7490 / (1.95-2.02) | >11.53 | >11.56 | >11.59 |
| 13 | 4.1961 / (3.16-4.14) | >0.0002284 | >0.0002327 | >0.0002369 |
| 14 | 3.3135 / (5.27-5.30) | >0.1677 | >0.1717 | >0.1757 |
| 15 | 4.6809 / (3.65-3.73) | <0.00009264 | <0.00008224 | <0.00007184 |
| 16 | 3.7715 / (3.65-3.73) | >0.06283 | >0.06399 | >0.06515 |
| 17 | 5.4913 / (4.60-4.67) | >0.002301 | >0.002341 | >0.002380 |
| 18 | 4.6327 / (3.16-4.14) | <0.0003476 | <0.0003379 | <0.0003282 |
| 19 | 4.2569 / (1.95-2.02) | >0.7715 | >0.7759 | >0.7803 |
| 20 | 3.2797 | >262.1 | >268.0 | >273.9 |
| 127 | 4.2487 | >366.4 | >382.3 | >398.2 |
| 128 | 5.3045 / (1.95-2.02) | >0.6017 | >0.6092 | >0.6168 |
| 129 | 3.5884 / (3.75-3.80) | >0.006261 | >0.006470 | >0.006679 |
| 130 | 4.9421 / (4.93-4.97) | >0.1832 | >0.1862 | >0.1892 |
| 131 | 3.5929 / (4.07-4.12) | >0.01423 | >0.01446 | >0.01470 |
| 132 | 4.1765 / (4.07-4.12) | >0.02455 | >0.02493 | >0.02531 |
| 133 | 4.9433 / (4.93-4.97) | >0.08613 | >0.08758 | >0.08904 |
| 134 | 4.2501 | >237.5 | >244.2 | >251.0 |
| 135 | 3.9156 / (4.07-4.12) | <0.02216 | <0.02141 | <0.02065 |
| 136 | 5.2876 / (4.07-4.12) | >0.004380 | >0.004442 | >0.004505 |
| 140 | 3.2852 / (4.07-4.12) | >0.008687 | >0.008959 | >0.009231 |
| 142 | 4.3176 / (5.27-5.30) | >0.07307 | >0.07400 | >0.07494 |
| 143 | 5.3371 / (5.27-5.30) | >0.04644 | >0.04885 | >0.05127 |
| 144 | 4.4347 / (4.07-4.12) | <0.0001627 | <0.0001543 | <0.0001460 |
| 155 | 4.1511 | <307.6 | <268.2 | <228.8 |
| 156 | 3.3701 / (3.20-3.22) | <0.07742 | <0.07561 | <0.07380 |
| 157 | 4.1781 / (4.07-4.12) | <0.0004571 | <0.0003843 | <0.0003115 |
| 158 | 3.9283 / (5.27-5.30) | >0.4156 | >0.4226 | >0.4295 |
| 159 | 3.9246 / (5.20-5.25) | <0.01303 | <0.01167 | <0.01031 |
| 162 | 3.1784 / (5.20-5.25) | <0.002753 | <0.002590 | <0.002427 |
| 163 | 3.5929 / (3.16-4.14) | >0.0008186 | >0.0008317 | >0.0008449 |
| 166 | 3.6627 / (4.07-4.12) | <0.02052 | <0.02000 | <0.01949 |
| 167 | 3.2977 / (4.07-4.12) | <0.002394 | <0.002260 | <0.002126 |
| 168 | 3.3753 / (4.60-4.67) | >0.1892 | >0.1935 | >0.1977 |
| 169 | 3.7579 / (3.65-3.73) | <0.08739 | <0.08315 | <0.07891 |
| 170 | 3.8885 / (3.75-3.80) | <0.03880 | <0.03725 | <0.03570 |
| 171 | 4.1651 / (1.95-2.02) | >6.362 | >6.421 | >6.480 |
| 172 | 3.1637 | <10.563 | <8.554 | <6.544 |
| 191 | 3.7932 / (4.07-4.12) | >0.3806 | >0.3999 | >0.4192 |
| 1000 | fructose/glucose | <0.90 | <0.85 | <0.80 |
| 1001 | fructose/glucose | >1.90 | >1.95 | >2.00 |
| 1002 | turanose [g/100g] | <0.38 | <0.35 | <0.32 |
| 1003 | sucrose [g/100g] | >14 | >15 | >16 |
| 1004 | total sugar [g/100g] | <46 | <45 | <44 |
| 1005 | proline [mg/kg] | <171 | <160 | <149 |
| 1006 | DHA(D), mannose(M) [mg/kg] | D>3, M>150 | D>5, M>200 | D>7, M>250 |

**Classification Models**

Analysis of origin, type and variety relies on a statistical classification analysis. The test applied is a classification analysis with the aim to check the consistency of the declared meta-information of the sample (geographical origin or botanical variety). The consistency with a group is expressed as posterior probability in the range from 0% to 100%. A posterior probability exceeding 50% is being regarded as consistent with the respective group. The underlying statistical models are based on a dimension reduction (Principal Component Analysis and/or Linear Discriminant Analysis used) followed by a Linear (or Quadratic) Discriminant Analysis for final classification.

Within the discrimination space figure, the ellipsoids are representing the modeling samples and the star represents the actual sample under investigation.

**Bruker BioSpin GmbH**



Verification of origin is not possible on blends from different countries.

Expert interpretation is necessary before deducing any conclusions.

All conformity statements in this section are based on the "Binary Statement for Simple Acceptance Rule" according to ILAC-G8:09/2019.

### Quantitative Analysis

Quantitative values are compared with the distribution of concentration of the reference samples in the Honey-Profiling Database, for the same type of honey. Deviations to the reference range can be linked with adulterations or with specificities of the honey (e.g. untypical floral/ plant sources or production regions). For this reason, an expert interpretation is suggested in case of deviations.

All conformity statements in this section are based on the "Binary Statement for Simple Acceptance Rule" according to ILAC-G8:09/2019.

### Univariate and Multivariate Verification Models

Verification models are non-targeted analyses comparing the whole NMR-Profile of a specific sample with one corresponding group of reference spectra (within the Honey-Profiling Database). All spectral data points are taken into account irrespective of whether the signals are caused by already identified molecules or not.

In the univariate analysis, the NMR spectrum is checked for any unusual low or high signal intensities, while taking into account the natural variability of a respective reference group. The chemical shifts (positions of the signals in the spectra) of the deviating signals are indicated. A guideline gives a list of possible molecules with their chemical shifts that could be responsible for the deviations.

The multivariate models take into account the relation between different signals in the NMR spectrum.

Deviations to the group of reference spectra can be linked with adulterations or specificities of the honey (e.g. untypical floral/ plant sources or production regions). For this reason, an expert interpretation is suggested in case of deviations.

All conformity statements in this section are based on the "Binary Statement for Simple Acceptance Rule" according to ILAC-G8:09/2019.

### FAQ - Frequently asked Questions

For more information please visit our website and read our FAQ at

http://www.bruker.com/en/products-and-solutions/mr/nmr-food-solutions/honey-profiling/honey-profiling-faq.html

**END OF REPORT**

# Exhibit 3





🐝 Raw Honey

**Nutrition Facts** Servings: about 22,
**Serv. size: 1 Tbsp. (21g),** Amount per
serving: **Calories 60, Total Fat** 0g (0% DV),
**Sodium** 0mg (0% DV), **Total Carb.** 17g (6% DV),
Total Sugars 17g (34% DV), **Protein** 0g. Not a
significant source of saturated fat, trans fat, cholesterol,
fiber, vitamin D, calcium, iron, and potassium.

INGREDIENTS: RAW HONEY.
DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716
PRODUCT OF UNITED STATES
HONEY WILL NATURALLY CRYSTALLIZE. PLACE BOTTLE IN
WARM WATER TO RELIQUEFY.
WARNING: DO NOT FEED HONEY TO INFANTS UNDER ONE
YEAR. DO NOT MICROWAVE
IN THIS CONTAINER.
Return the package for
replacement or money back.
1-877-505-2267 or visit us
online at walmart.com
Gluten-Free

TRUE SOURCE
CERTIFIED

0 78742 21254 8

# Exhibit 4



## True Honey Buzz

**A Division of Authentic Food Solution Ltd.**
10609 McGrath Rd
Rosedale, BC
V0X 1X2

# Analysis Report Honey-Profiling

Customer Name: Kent A. Heitzinger
Customer Company: Heitzinger Law
Customer Sample ID: 302 (17411)
Customer Contact: N/A
**Sample Declaration: Pass**
-There are no indications for the presence of foreign sugars.
-Typical for Blossom Honey.

Method of Analysis: NMR
Assigned Sample ID: 2627-2023-04-11
Type of Sample : Honey
Type of Honey: N/A
Declared Botanical Variety: N/A
Declared Geographical Origin: USA
Moisture Content: 16.8%

Sample date received: 2023-04-05
Sample date processed: 2023-04-11
Sample report generated: 2023-04-12

Results are dependent on the sample as received and data provided by the customer. All testing is performed at True Honey Buzz, a division of Authentic Food Solutions (ISO/IEC 17025:2017 Accreditation Laboratory No. 896, Certificate of Accreditation issued by the Standards Council of Canada (SCC)).

All results solely refer to the tested sample as provided by the customer.
This report consists of    Pages.



X _____
   Approved by Tetyana Martynenko
   QSM

604-794-3315



**Bruker BioSpin GmbH**

# Analysis Report    Honey-Profiling™

## Sample ID: 2627-2023-04-11

**Information/Declaration provided by customer:**

| | |
|---|---|
| Customer: | **KH** |
| Customer Sample ID: | 17411 |
| Type of Sample: | Honey |
| Type of Honey: | Blossom |
| Botanical Variety: | undefined |
| Geographical Origin: | USA |

*Disclaimer: this information will affect the applicability and validity of analyses and results.*

*Note: it is important to fill in these information in a correct and precise manner (e.g. variety in case of monofloral honey, and country of origin). The tests applied (and therefore the results received) are different from one type of honey to the other. Bruker does not take responsibility for wrong or incomplete information given by the customer.*

| | |
|---|---|
| Measuring Date: | 11-Apr-2023 18:14:22 |
| Reporting Date: | 12-Apr-2023 03:23:38, 13 pages, Version 3.1.0 |

### Results Summary

| Type of Analysis | Result | Status |
|---|---|---|
| **Origin, Type and Variety** | | |
|     Botanical Variety | Not Applied | ◯ |
|     Country of Origin | Not Applied | ◯ |
| **Test of Markers of Foreign Sugars** | Pass | 🟢 |
| **Composition and Comparison to Reference Group** | Typical | 🟢 |
| **Compliance for EU Market for** | | |
|     HMF | Compliant | 🟢 |
|     Sucrose | Compliant | 🟢 |
|     Glucose + Fructose | Compliant | 🟢 |

The data analysis is performed at Bruker BioSpin GmbH (Ettlingen, Germany) according to testing method AA-72-03-15 (Honey-Profiling 3.1.0), released on 20-Jan-2023 (DIN EN ISO/IEC 17025:2018 Accreditation Certificate D-PL-19229-01-00). All results solely refer to the tested sample as provided by the customer.

Geschäftsführer: Dr. Falko Busse | Bernd Gleixner | Patrick Minhorst

Rudolf-Plank-Straße 23
76275 Ettlingen, Germany
Tel. +49(0)721 5161-0
Fax. +49(0)721 517101
Food-BAS@bruker.com
www.bruker.com

Deutsche Bank AG Karlsruhe
Konto 13 15 16 · BLZ 660 700 04
IBAN: DE87 6607 0004 0013 1516 00
SWIFT-BIC: DEUTDESM660

USt-Ident.-Nr DE 143 239 759
WEEE-Reg.-Nr. DE 43 181 702
Steuer-Nr. 31190/39205
Handelsregister Mannheim HRB 10 23 68
Sitz der Gesellschaft: 76275 Ettlingen

**Bruker BioSpin GmbH**



# Origin, Type and Variety

## Botanical Variety

Verification of consistency is not possible as the declared botanical variety of the sample is unknown or Polyfloral.

## Country of Origin

No statistical model available yet for consistency verification of this country of origin.

**Bruker BioSpin GmbH**



# Test of Markers of Foreign Sugars

(Analysis-ID: HO-TAD-01/0742)

Following tests have been applied in order to detect foreign sugars:

| ID | Description | Value | Graphics | Result |
|----|-------------|-------|----------|--------|
| 2 | 3.8113 / (1.95-2.02) | 19.92 | | pass |
| 3 | 3.9238 / (3.16-4.14) | 0.0004592 | | pass |
| 4 | 3.2890 / (1.95-2.02) | 2.014 | | pass |
| 5 | 4.0363 / (3.75-3.80) | 0.00537 | | pass |
| 6 | 5.3324 / (5.27-5.30) | 0.0894 | | pass |
| 7 | 3.0123 / (1.95-2.02) | 0.02592 | | pass |
| 8 | 3.5929 | 784 | | pass |
| 9 | 5.0745 / (4.07-4.12) | 0.004051 | | pass |
| 10 | 3.2753 | 237.9 | | pass |
| 11 | 3.7490 / (1.95-2.02) | 0.31 | | pass |
| 13 | 4.1961 / (3.16-4.14) | 0.0000973 | | pass |
| 14 | 3.3135 / (5.27-5.30) | 0.0256 | | pass |
| 15 | 4.6809 / (3.65-3.73) | 0.00017442 | | pass |
| 16 | 3.7715 / (3.65-3.73) | 0.05074 | | pass |
| 17 | 5.4913 / (4.60-4.67) | 0.002003 | | pass |
| 18 | 4.6327 / (3.16-4.14) | 0.0004615 | | pass |
| 19 | 4.2569 / (1.95-2.02) | 0.0373 | | pass |
| 20 | 3.2797 | 170.4 | | pass |
| 127 | 4.2487 | 72.4 | | pass |
| 128 | 5.3045 / (1.95-2.02) | 0.1986 | | pass |
| 129 | 3.5884 / (3.75-3.80) | 0.002507 | | pass |
| 130 | 4.9421 / (4.93-4.97) | 0.1582 | | pass |
| 131 | 3.5929 / (4.07-4.12) | 0.00650 | | pass |
| 132 | 4.1765 / (4.07-4.12) | 0.01558 | | pass |
| 133 | 4.9433 / (4.93-4.97) | 0.07463 | | pass |
| 134 | 4.2501 | 32.1 | | pass |
| 135 | 3.9156 / (4.07-4.12) | 0.02973 | | pass |
| 136 | 5.2876 / (4.07-4.12) | 0.001903 | | pass |
| 140 | 3.2852 / (4.07-4.12) | 0.005752 | | pass |
| 142 | 4.3176 / (5.27-5.30) | 0.03053 | | pass |
| 143 | 5.3371 / (5.27-5.30) | 0.02185 | | pass |
| 144 | 4.4347 / (4.07-4.12) | 0.0003499 | | pass |
| 155 | 4.1511 | 646.9 | | pass |
| 156 | 3.3701 / (3.20-3.22) | 0.08296 | | pass |
| 157 | 4.1781 / (4.07-4.12) | 0.0010379 | | pass |

**Bruker BioSpin GmbH** 

| ID | Description | Value | Graphics | Result |
|----|-------------|-------|----------|--------|
| 158 | 3.9283 / (5.27-5.30) | 0.1054 | | pass |
| 159 | 3.9246 / (5.20-5.25) | 0.01845 | | pass |
| 162 | 3.1784 / (5.20-5.25) | 0.004547 | | pass |
| 163 | 3.5929 / (3.16-4.14) | 0.0003069 | | pass |
| 166 | 3.6627 / (4.07-4.12) | 0.02670 | | pass |
| 167 | 3.2977 / (4.07-4.12) | 0.003862 | | pass |
| 168 | 3.3753 / (4.60-4.67) | 0.1746 | | pass |
| 169 | 3.7579 / (3.65-3.73) | 0.11866 | | pass |
| 170 | 3.8885 / (3.75-3.80) | 0.04834 | | pass |
| 171 | 4.1651 / (1.95-2.02) | 2.926 | | pass |
| 172 | 3.1637 | 23.813 | | pass |
| 191 | 3.7932 / (4.07-4.12) | 0.2333 | | pass |
| 1000 | fructose/glucose | 1.12 | | pass |
| 1001 | fructose/glucose | 1.12 | | pass |
| 1002 | turanose [g/100g] | 1.21 | | pass |
| 1003 | sucrose [g/100g] | 0.4 | | pass |
| 1004 | total sugar [g/100g] | 69.8 | | pass |
| 1005 | proline [mg/kg] | 339 | | pass |
| 1006 | DHA(D), mannose(M) [mg/kg] | D=0.0, M=32 | | pass |

**Result:** There are no indications for the presence of foreign sugars.

**Notes:**

- The column *ID* is the marker's identification number.
- The column *Description* indicates either the NMR spectral region(s) (in ppm) concerned by the marker, or the molecule when it has been identified.
- The column *Value* is the result obtained for the marker.
- For columns *Graphics* and *Result* please refer to detailed description in section "General Remarks" at the end of this report.

**Bruker BioSpin GmbH**



## DHA and Mannose

| Compound | Value | Unit | LOQ | Reference Range | Flag |
|---|---|---|---|---|---|
| mannose | <LOQ | g/100g | 0.01 | <0.01 �ณ 0.03 | 🟢 |
| dihydroxyacetone (DHA) | <LOQ | mg/kg | 5 | <5 ⎯ 431 | 🟢 |

Note: the reference range is based on *18077 Blossom* samples in the Honey-Profiling Database.

**Guideline:**

- Mannose is a mono saccharide not found in honeys with a pH value lower than 5, but that is regularly found in industrial sugars. In rare cases, however, the presence of mannose cannot be excluded for certain geographic origins and/or botanical varieties. A concentration of mannose exceeding 0.02 g/100g in honey with a pH < 5 could indicate the presence of foreign sugars or industrial processing practices which are not suitable for honey. An expert interpretation is suggested when mannose is present in the honey.

- Dihydroxyacetone and/or methylglyoxal are only known to be naturally present in Leptospermum genus honeys from Australia and New Zealand. A concentration exceeding 5 mg/kg in other types of honey is not typical and could indicate the presence of foreign sugars or industrial processing practices which are not suitable for honey. An expert interpretation is suggested in such cases.

- DHA and mannose are often observed simultaneously in various types of sugar syrups.

Deviations in the sugar profile, fermentation parameters and comparison to reference group could also indicate adulterations. Please check the section "Composition and Comparison to reference group" in addition.

**Bruker BioSpin GmbH**



# Composition and Comparison to Reference Group

## Quantitative Analysis of Compounds

(Analysis-ID: HO-Q/3.1.0)

Parameters labelled with * are calculated parameters. The reference range is based on *18077 Blossom* samples in the Honey-Profiling Database.

**Sugars:**

| Compound | Value | Unit | LOQ | Reference Range | | | Flag |
|---|---|---|---|---|---|---|---|
| glucose + fructose * | 69.8 | g/100g | 20.0 | 61.9 | | 83.0 | 🟢 |
| fructose / glucose * | 1.12 | - | - | 0.93 | | 1.68 | 🟢 |
| fructose | 36.9 | g/100g | 10.0 | 33.9 | | 46.8 | 🟢 |
| glucose | 32.9 | g/100g | 10.0 | 25.1 | | 40.8 | 🟢 |
| sucrose | <LOQ | g/100g | 0.5 | <0.5 | | 5.3 | 🟢 |
| turanose | 1.21 | g/100g | 0.2 | 0.4 | | 2.8 | 🟢 |
| maltose | 1.7 | g/100g | 0.5 | <0.5 | | 3.6 | 🟢 |
| melezitose | <LOQ | g/100g | 1.0 | <1.0 | | 1.5 | 🟢 |
| maltotriose | <LOQ | g/100g | 1.0 | <1.0 g/100g in reference dataset | | | 🟢 |
| gentiobiose | <LOQ | g/100g | 0.3 | <0.3 | | 0.5 | 🟢 |
| raffinose | 0.1 | g/100g | 0.1 | 0.1 | | 0.6 | 🟢 |

**Acids:**

| Compound | Value | Unit | LOQ | Reference Range | | | Flag |
|---|---|---|---|---|---|---|---|
| citric acid | <LOQ | mg/kg | 50 | <50 | | 489 | 🟢 |
| malic acid | <LOQ | mg/kg | 100 | <100 | | 494 | 🟢 |
| quinic acid | <LOQ | mg/kg | 300 | <300 mg/kg in reference dataset | | | 🟢 |

**Bruker BioSpin GmbH**



**Amino Acids:**

| Compound | Value | Unit | LOQ | Reference Range | Flag |
|---|---|---|---|---|---|
| alanine | 10 | mg/kg | 5 | <5 ... 82 | 🟢 |
| aspartic acid | <LOQ | mg/kg | 150 | <150 ... 210 | 🟢 |
| glutamine | <LOQ | mg/kg | 200 | <200 ... 278 | 🟢 |
| leucine | <LOQ | mg/kg | 40 | <40 ... 139 | 🟢 |
| proline | 339 | mg/kg | 150 | 185 ... 1056 | 🟢 |
| valine | <LOQ | mg/kg | 10 | <10 ... 51 | 🟢 |
| tyrosine | 96 | mg/kg | 50 | <50 ... 721 | 🟢 |
| phenylalanine | 320 | mg/kg | 100 | <100 ... 1413 | 🟢 |

**Indicators for Fermentation and Processing:**

| Compound | Value | Unit | LOQ | Reference Range | Flag |
|---|---|---|---|---|---|
| 2,3-butanediol | <LOQ | mg/kg | 20 | <20 ... 139 | 🟢 |
| 5-hydroxymethylfurfural (HMF) | 22 | mg/kg | 5 | <5 ... 63 | 🟢 |
| acetic acid | <LOQ | mg/kg | 10 | <10 ... 85 | 🟢 |
| acetoin | <LOQ | mg/kg | 20 | <20 ... 66 | 🟢 |
| ethanol | 35 | mg/kg | 5 | <5 ... 1325 | 🟢 |
| lactic acid | 18 | mg/kg | 10 | <10 ... 324 | 🟢 |
| formic acid | 33 | mg/kg | 5 | <5 ... 321 | 🟢 |
| fumaric acid | <LOQ | mg/kg | 5 | <5 ... 12 | 🟢 |
| pyruvic acid | 16 | mg/kg | 10 | <10 ... 36 | 🟢 |
| succinic acid | 12 | mg/kg | 5 | <5 ... 192 | 🟢 |

**Bruker BioSpin GmbH**



**Markers:**

| Compound | Value | Unit | LOQ | Reference Range | Flag |
|---|---|---|---|---|---|
| 3-phenyllactic acid | <LOQ | mg/kg | 300 | <300 � 694 | 🟢 |
| methylglyoxal (MGO) | <LOQ | mg/kg | 30 | <30 ▮ 220 | 🟢 |
| kynurenic acid | <LOQ | mg/kg | 60 | <60 ▮ 137 | 🟢 |
| shikimic acid | <LOQ | mg/kg | 80 | <80 ▮ 205 | 🟢 |

**Guideline:**

- Values of fructose/glucose ratio exceeding 1.95 or below 0.85 are not typical for honey and could indicate the presence of sugar syrups.

- Low concentrations of turanose (less than 0.35 g/100g) is a marker for the presence of foreign sugars (see section "Markers of Foreign Sugars").

- Atypical concentrations of sugars in comparison to reference range can be related to foreign sugars/adulteration or to the botanical varieties present in the honey. Expert interpretation is suggested.

- The presence of gentiobiose is common for Linden Tree honey.

- The presence of quinic acid is common for honeydew.

- HMF is a sugar degradation product formed under influence of heat. According to EU-Directive (2001/110/EC), HMF can be found naturally in honey in concentrations up to 80 mg/kg in regions with tropical climate. A higher concentration of HMF is due to processing of honey which can sometime correlate with adulterations. A concentration of HMF exceeding 200 mg/kg should be regarded as suspicious.

- Concentration of ethanol exceeding 400 mg/kg indicates fermentation of the honey, which could be related to unripe honey.

- Acetoin can be elevated in Eucalyptus honey.

- The presence of kynurenic acid is common for Chestnut honey.

- The presence of shikimic acid is common for honeydew.

**Bruker BioSpin GmbH**



## Statistical Comparison with the Reference Group

The models are based on 18076 samples of group *Blossom* in the Honey-Profiling Database.

### Univariate Verification

(Analysis-ID: HS3-NTV-1001-18153)

    **Applied Model:** Blossom

    **Result:** Typical for Blossom.

### Multivariate Verification

(Analysis-ID: HS3-NTV-1001-18153)

    **Applied Model:** Blossom

    **Result:** Typical for Blossom.

**Multivariate Verification**

Off-Model

In-Model

log-Euclidean Parameter

log-Mahalanobis Parameter

**Bruker BioSpin GmbH**



# Codex Alimentarius and EU-Directive 2001/110/EC:

Following parameters are required according to Codex Alimentarius and EU-Directive 2001/110/EC. The concentrations are obtained by direct quantification. Parameters labelled with * are calculated parameters.

| Compound | Value | Unit | LOQ | Official Reference min | max | Flag |
|---|---|---|---|---|---|---|
| glucose + fructose * | 69.8 | g/100g | 20.0 | 60 | - | 🟢 |
| sucrose | <LOQ | g/100g | 0.5 | - | 15 | 🟢 |
| 5-hydroxymethylfurfural (HMF) | 22 | mg/kg | 5 | - | 80 | 🟢 |

Following flags are used according to Codex Alimentarius and EU-Directive 2001/110/EC:

| Compound | Flag | Concentration | Declaration | Interpretation |
|---|---|---|---|---|
| glucose + fructose | 🔴 | < 45 g/100g | All | Not compliant |
| | | < 60 g/100g | Blossom | Not compliant for blossom honey |
| | 🟢 | ≥ 60 g/100g | All | Compliant |
| | | ≥ 45 g/100g | Honeydew | Compliant for honeydew honey |
| | 🟡 | ≥ 45 g/100g, < 60 g/100g | Unknown | Compliant for honeydew honey and blends of honeydew honey with blossom honey. Not compliant for blossom honey. |
| sucrose | 🔴 | > 15 g/100g | All | Not compliant |
| | | 10-15 g/100g | Acacia, Eucalyptus | Not compliant for false acacia (*Robinia pseudoacacia*), and red gum (*Eucalyptus camadulensis*) |
| | 🟢 | ≤ 5 g/100g | All | Compliant |
| | | ≤ 10 g/100g | Acacia, Eucalyptus | Compliant for false acacia (*Robinia pseudoacacia*), and red gum (*Eucalyptus camadulensis*) |
| | | ≤ 15 g/100g | Lavender | Compliant for *Lavandula spp.* |
| | 🟡 | 5-10 g/100g | All, except Acacia, Eucalyptus, Lavender | If ≤ 15g/100g: compliant for lavender (*Lavandula spp.*) and borage (*Borago officinalis*). If ≤ 10g/100g: compliant for false acacia (*Robinia pseudoacacia*), alfalfa (*Medicago sativa*), Menzies Banksia (*Banksia menziesii*), French honeysuckle (*Hedysarum*), red gum (*Eucalyptus camadulensis*), leatherwood (*Eucryphia lucida, Eucryphia milliganii*) and *Citrus spp.* |
| HMF | 🔴 | > 80 mg/kg | All, except Industrial honey | Not compliant, except for baker's honey |
| | 🟢 | ≤ 40 mg/kg | All | Compliant |
| | | > 80 mg/kg | Industrial honey | Compliant for baker's honey |
| | 🟡 | 40-80 mg/kg | All | Not compliant, except for baker's honey and honeys of declared origin from regions with tropical climate and blends of these honeys |



**Bruker BioSpin GmbH**

# General Remarks

### Targeted Markers for Foreign Sugars

This test aims at detecting foreign sugars. It does rely on the analysis of the concentrations of certain known molecules and on absolute intensities or intensities ratios of marker peaks. The Honey-Profiling report contains several tens of markers. Some of these markers are independent on the variety and the origin, in order to be able to analyze blends, while there are also many markers specific to countries or varieties.

The values obtained for each marker are compared to the thresholds for purity.

Reported and visualized results:

- Result **Pass** (green):
  Markers with an upper limit: The value of the marker is below the acceptance limit
  Markers with a lower limit: The value of the marker is above the acceptance limit
  Conclusion: There are no indications for the presence of foreign sugars.

- Result **Conditional Pass** (yellow):
  The value of the marker is between the acceptance limit and the threshold
  Conclusion: There is no indication for the presence of foreign sugars. However, for one or more markers the determined values are close to the threshold.

- Result **Conditional Fail**: (orange)
  The value of the marker is between the threshold and the tolerance limit
  Conclusion: There is a strong indication for the presence of foreign sugars. However, the determined values are close to the threshold. It is recommended to perform additional tests in order to better evaluate the risk.

- Result **Fail**: (red)
  Markers with an upper limit: The value of the marker is above the tolerance limit
  Markers with a lower limit: The value of the marker is below the tolerance limit
  Conclusion: There is a strong indication for the presence of foreign sugars.

The black dot represents the current sample.



Presence of foreign sugars is due to deliberate dilution of honey with sugar syrups or wrong beekeeping practices in terms of artificial feeding of bees.

All conformity statements in this section are based on the "Non Binary Statement with Guard Band" according to ILAC G8:09/2019. Please find in the following table the values for acceptance limit (conditional pass), threshold (conditional fail) and tolerance limit (fail).

| ID | Description | Conditional Pass | Conditional Fail | Fail |
|----|-------------|------------------|------------------|------|
| 2 | 3.8113 / (1.95-2.02) | >68.95 | >69.44 | >69.92 |
| 3 | 3.9238 / (3.16-4.14) | <0.0003172 | <0.0003039 | <0.0002905 |
| 4 | 3.2890 / (1.95-2.02) | >5.792 | >5.838 | >5.884 |
| 5 | 4.0363 / (3.75-3.80) | >0.01113 | >0.01131 | >0.01148 |
| 6 | 5.3324 / (5.27-5.30) | >0.1683 | >0.1703 | >0.1723 |
| 7 | 3.0123 / (1.95-2.02) | >0.06929 | >0.07134 | >0.07340 |

**Bruker BioSpin GmbH** 

| ID | Description | Conditional Pass | Conditional Fail | Fail |
|---|---|---|---|---|
| 8 | 3.5929 | >2186 | >2227 | >2269 |
| 9 | 5.0745 / (4.07-4.12) | <0.001662 | <0.001495 | <0.001329 |
| 10 | 3.2753 | >407.8 | >414.9 | >422.0 |
| 11 | 3.7490 / (1.95-2.02) | >11.53 | >11.56 | >11.59 |
| 13 | 4.1961 / (3.16-4.14) | >0.0002284 | >0.0002327 | >0.0002369 |
| 14 | 3.3135 / (5.27-5.30) | >0.1677 | >0.1717 | >0.1757 |
| 15 | 4.6809 / (3.65-3.73) | <0.00009264 | <0.00008224 | <0.00007184 |
| 16 | 3.7715 / (3.65-3.73) | >0.06283 | >0.06399 | >0.06515 |
| 17 | 5.4913 / (4.60-4.67) | >0.002301 | >0.002341 | >0.002380 |
| 18 | 4.6327 / (3.16-4.14) | <0.0003476 | <0.0003379 | <0.0003282 |
| 19 | 4.2569 / (1.95-2.02) | >0.7715 | >0.7759 | >0.7803 |
| 20 | 3.2797 | >262.1 | >268.0 | >273.9 |
| 127 | 4.2487 | >366.4 | >382.3 | >398.2 |
| 128 | 5.3045 / (1.95-2.02) | >0.6017 | >0.6092 | >0.6168 |
| 129 | 3.5884 / (3.75-3.80) | >0.006261 | >0.006470 | >0.006679 |
| 130 | 4.9421 / (4.93-4.97) | >0.1832 | >0.1862 | >0.1892 |
| 131 | 3.5929 / (4.07-4.12) | >0.01423 | >0.01446 | >0.01470 |
| 132 | 4.1765 / (4.07-4.12) | >0.02455 | >0.02493 | >0.02531 |
| 133 | 4.9433 / (4.93-4.97) | >0.08613 | >0.08758 | >0.08904 |
| 134 | 4.2501 | >237.5 | >244.2 | >251.0 |
| 135 | 3.9156 / (4.07-4.12) | <0.02216 | <0.02141 | <0.02065 |
| 136 | 5.2876 / (4.07-4.12) | >0.004380 | >0.004442 | >0.004505 |
| 140 | 3.2852 / (4.07-4.12) | >0.008687 | >0.008959 | >0.009231 |
| 142 | 4.3176 / (5.27-5.30) | >0.07307 | >0.07400 | >0.07494 |
| 143 | 5.3371 / (5.27-5.30) | >0.04644 | >0.04885 | >0.05127 |
| 144 | 4.4347 / (4.07-4.12) | <0.0001627 | <0.0001543 | <0.0001460 |
| 155 | 4.1511 | <307.6 | <268.2 | <228.8 |
| 156 | 3.3701 / (3.20-3.22) | <0.07742 | <0.07561 | <0.07380 |
| 157 | 4.1781 / (4.07-4.12) | <0.0004571 | <0.0003843 | <0.0003115 |
| 158 | 3.9283 / (5.27-5.30) | >0.4156 | >0.4226 | >0.4295 |
| 159 | 3.9246 / (5.20-5.25) | <0.01303 | <0.01167 | <0.01031 |
| 162 | 3.1784 / (5.20-5.25) | <0.002753 | <0.002590 | <0.002427 |
| 163 | 3.5929 / (3.16-4.14) | >0.0008186 | >0.0008317 | >0.0008449 |
| 166 | 3.6627 / (4.07-4.12) | <0.02052 | <0.02000 | <0.01949 |
| 167 | 3.2977 / (4.07-4.12) | <0.002394 | <0.002260 | <0.002126 |
| 168 | 3.3753 / (4.60-4.67) | >0.1892 | >0.1935 | >0.1977 |
| 169 | 3.7579 / (3.65-3.73) | <0.08739 | <0.08315 | <0.07891 |
| 170 | 3.8885 / (3.75-3.80) | <0.03880 | <0.03725 | <0.03570 |
| 171 | 4.1651 / (1.95-2.02) | >6.362 | >6.421 | >6.480 |
| 172 | 3.1637 | <10.563 | <8.554 | <6.544 |
| 191 | 3.7932 / (4.07-4.12) | >0.3806 | >0.3999 | >0.4192 |
| 1000 | fructose/glucose | <0.90 | <0.85 | <0.80 |
| 1001 | fructose/glucose | >1.90 | >1.95 | >2.00 |
| 1002 | turanose [g/100g] | <0.38 | <0.35 | <0.32 |
| 1003 | sucrose [g/100g] | >14 | >15 | >16 |
| 1004 | total sugar [g/100g] | <46 | <45 | <44 |
| 1005 | proline [mg/kg] | <171 | <160 | <149 |
| 1006 | DHA(D), mannose(M) [mg/kg] | D>3, M>150 | D>5, M>200 | D>7, M>250 |

## Classification Models

Analysis of origin, type and variety relies on a statistical classification analysis. The test applied is a classification analysis with the aim to check the consistency of the declared meta-information of the sample (geographical origin or botanical variety). The consistency with a group is expressed as posterior probability in the range from 0% to 100%. A posterior probability exceeding 50% is being regarded as consistent with the respective group. The underlying statistical models are based on a dimension reduction (Principal Component Analysis and/or Linear Discriminant Analysis used) followed by a Linear (or Quadratic) Discriminant Analysis for final classification.

Within the discrimination space figure, the ellipsoids are representing the modeling samples and the star represents the actual sample under investigation.

**Bruker BioSpin GmbH**



Verification of origin is not possible on blends from different countries.

Expert interpretation is necessary before deducing any conclusions.

All conformity statements in this section are based on the "Binary Statement for Simple Acceptance Rule" according to ILAC-G8:09/2019.

### Quantitative Analysis

Quantitative values are compared with the distribution of concentration of the reference samples in the Honey-Profiling Database, for the same type of honey. Deviations to the reference range can be linked with adulterations or with specificities of the honey (e.g. untypical floral/ plant sources or production regions). For this reason, an expert interpretation is suggested in case of deviations.

All conformity statements in this section are based on the "Binary Statement for Simple Acceptance Rule" according to ILAC-G8:09/2019.

### Univariate and Multivariate Verification Models

Verification models are non-targeted analyses comparing the whole NMR-Profile of a specific sample with one corresponding group of reference spectra (within the Honey-Profiling Database). All spectral data points are taken into account irrespective of whether the signals are caused by already identified molecules or not.

In the univariate analysis, the NMR spectrum is checked for any unusual low or high signal intensities, while taking into account the natural variability of a respective reference group. The chemical shifts (positions of the signals in the spectra) of the deviating signals are indicated. A guideline gives a list of possible molecules with their chemical shifts that could be responsible for the deviations.

The multivariate models take into account the relation between different signals in the NMR spectrum.

Deviations to the group of reference spectra can be linked with adulterations or specificities of the honey (e.g. untypical floral/ plant sources or production regions). For this reason, an expert interpretation is suggested in case of deviations.

All conformity statements in this section are based on the "Binary Statement for Simple Acceptance Rule" according to ILAC-G8:09/2019.

### FAQ - Frequently asked Questions

For more information please visit our website and read our FAQ at

http://www.bruker.com/en/products-and-solutions/mr/nmr-food-solutions/honey-profiling/honey-profiling-faq.html

---

**END OF REPORT**