# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Wertymer
                    Plaintiff,

v.                                             Case No.: 1:23−cv−14700
                                                          Honorable Lindsay C. Jenkins

Walmart, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 8, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's response to the motion to dismiss [13] is due by January 8, 2024 and Defendant's reply is due by January 22, 2024. The motion to stay discovery [17] is also granted, in light of the nature of the motion to dismiss. The matter is set for a status hearing on March 5, 2024 at 8:30 a.m. (to track the case only, no appearance is required). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.