# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Wertymer
                      Plaintiff,

v.                                                Case No.: 1:23−cv−14700
                                                Honorable Lindsay C. Jenkins

Walmart, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's response to the motion to dismiss [30] is due by April 22, 2024; Defendant's reply is due by May 2, 2024. Plaintiff did not include a redline reflecting the changes from his initial complaint to his amended complaint as required by the Court's standing orders; he shall submit the redline concurrently with his response to the motion to dismiss. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.